**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMPETITIVE RANGE SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JAMES SECHRIST, <br><br> Defendant. | CIVIL ACTION NO. 3:16-cv-02496 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 29th day of December, 2016, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiff fails to do so, the action will be dismissed.

 /s/ A. Richard Caputo
 A. Richard Caputo
 United States District Judge